UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>CHRISTOPHER SALIS,<br>DOUGLAS MILLER,<br>EDWARD MILLER, and<br>BARRETT BIEHL,<br><br>Defendants. | No. 2:16-cv-00231-PPS-JEM<br><br>**PLAINTIFF SECURITIES AND EXCHANGE COMMISSION'S NOTICE OF FILING OF AMENDED COMPLAINT, CONSENTS, AND FINAL JUDGMENTS AND NOTICE OF DISMISSAL AS TO DEFENDANT BARRETT BIEHL** |

The Securities and Exchange Commission ("SEC") hereby provides notice to the Court of the filing of an amended complaint, written consents, and proposed final judgments that would resolve this matter in its entirety. Undersigned counsel represents that he obtained has written consent from appropriate counsel to the amendment of the complaint. The SEC further gives notice of the dismissal of this action against Defendant Barrett Biehl.

Respectfully submitted,

Dated: May 16, 2019

/s/ Kevin C. Lombardi
Kevin C. Lombardi, Trial Attorney
DC Bar No. 474114
Email: lombardik@sec.gov
100 F Street, NE
Washington, DC 20549-5949
Telephone: (202) 551-8753 (Lombardi)
Facsimile: (202) 772-9291 (Lombardi)

*Attorney for Plaintiff Securities and Exchange Commission*

## CERTIFICATE OF SERVICE

  I hereby certify that I will serve the *Plaintiff Securities and Exchange Commission's Notice of Filing of Amended Complaint, Consents, And Final Judgments and Notice of Dismissal as to Defendant Barrett Biehl*, as well as the documents referenced herein, by email, as indicated below, after filing the same through CM/ECF:

Timothy P. Crudo, Esq.
Coblentz Patch Duffy & Bass LLP
One Montgomery Street, Suite 3000
San Francisco, CA  94104
Tel:  (415) 677-5219
Email:  tcrudo@coblentzlaw.com

*Settlement Counsel for Defendant Christopher Salis*

Kevin E. Milner, Esq.
Law Offices of Kevin Milner
1201 North Main Street, Suite A
Crown Point, IN  46307
Tel:  219-406-0556
Email:  kevinemilner@aol.com

*Settlement Counsel for Defendants Douglas Miller and Edward Miller*

Lance D. Northcutt, Esq.
The Northcutt Firm, P.C.
1 E Wacker Dr, Ste 3800
Chicago, IL  60601-1813
Tel:  (312) 953-9252
Email:  lance@lnorthcuttlaw.com

*Settlement Counsel for Defendant Barrett Biehl*

            /s/  Kevin C. Lombardi
            Kevin C. Lombardi